UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ALICE M. NORFLEET,                                      ) <br> Plaintiff, ) <br> ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) <br> ) | **CASE NO. 5:16-CV-27-D** |
| CAROLYN W. COLVIN, Acting Commissioner ) <br> of Social Security, ) <br> Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 17]. Plaintiffs motion for judgment on the pleadings [D.E. 12] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 14] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on January 12, 2017, and Copies To:**

| | |
|---|---|
| Charlotte Williams Hall | (via CM/ECF electronic notification) |
| Mary Ellen Russell | (via CM/ECF electronic notification) |

DATE:                                               JULIE RICHARDS JOHNSTON, CLERK
January 12, 2017                           (By) /s/ Nicole Briggeman
                                                           Deputy Clerk