UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ALICE NORFLEET, )
        Plaintiff, )
 ) **JUDGMENT IN A CIVIL CASE**
v. )
 ) **CASE NO. 5:16-CV-27-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security pay to Plaintiff's attorney $4,125.00 for attorney fees arising under EAJA, 28 U.S.C. §2412(d) if there is no debt that qualifies under the Treasury Offset Program (31 U.S.C. § 3716). If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney. It is also ORDERED that the Treasury Judgment Fund pay Plaintiff's attorney $400.00 in costs.

**This Judgment Filed and Entered on February 1, 2017, and Copies To:**
Charlotte Williams Hall         (via CM/ECF electronic notification)
Mary Ellen Russell         (via CM/ECF electronic notification)

DATE:         JULIE RICHARDS JOHNSTON, CLERK
February 1, 2017         (By) /s/ Nicole Briggeman
        Deputy Clerk