IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-cv-27-D

ALICE NORFLEET, )
)
     Plaintiff, )
)
v. )
) **ORDER**
NANCY BERRYHILL, )
Acting Commissioner of Social )
Security, )
)
     Defendant. )

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $6,950.00 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. It also appearing that upon receipt of the 406(b) fee, Plaintiff's counsel shall pay to Plaintiff the lesser EAJA fee of $4,125.00.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $6,950.00 and that Plaintiff's counsel pay to Plaintiff the sum of $4,125.00 and upon the payment of such sums this case is dismissed with prejudice.

SO ORDERED. This **28** day of February 2018.

                                            JAMES C. DEVER III
                                            Chief United States District Judge