UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ALICE NORFLEET, )
)
       Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. )
) **CASE NO. 5:16-CV-27-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security, )
       Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $6,950.00 and that Plaintiff's counsel pay to Plaintiff the sum of $4,125.00 and upon the payment of such sums this case is dismissed with prejudice.

**This Judgment Filed and Entered on February 28, 2018, and Copies To:**
| | |
|---|---|
| Charlotte Williams Hall | (via CM/ECF electronic notification) |
| Jill S. Reeder | (via CM/ECF electronic notification) |

DATE:                                      PETER A. MOORE, JR., CLERK
February 28, 2018               (By) /s/ Nicole Briggeman
                                                Deputy Clerk